# ELECTRONIC RECORD

064-15
065-15
066-15
067-15

COA # 01-13-00408-CR        OFFENSE: 42.09 (Cruelty to Animals)

STYLE: Wydell Dixon v. The State of Texas    COUNTY: Galveston

COA DISPOSITION:    AFFIRM        TRIAL COURT: 56th District Court

DATE: 12/16/2014        Publish: YES   TC CASE #:    12CR0748

## IN THE COURT OF CRIMINAL APPEALS

064-15
065-15
066-15
067-15

STYLE:   Wydell Dixon v. The State of Texas       CCA #:

_APPELLANT'S_ Petition      CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:

REFUSED        JUDGE:

DATE: 04/29/2015       SIGNED: _____        PC: _____

JUDGE: _____        PUBLISH: _____        DNP: _____

-------------------------

_APPELLANT'S_ MOTION FOR

REHEARING IN CCA IS: _denied_

JUDGE: _PC     June 17, 2015_

# ELECTRONIC RECORD